## JOSHUA RODRIGUEZ *v.* COMMISSIONER OF CORRECTION
## (AC 22281)

Spear, Mihalakos and Bishop, Js.

Submitted on briefs April 26—officially released May 28, 2002

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner's request for certification to appeal.

The appeal is dismissed.

## STATE OF CONNECTICUT *v.* JOHNNY B. LEE
## (AC 21811)

Lavery, C. J., and Flynn and Cretella, Js.

Argued April 29—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ROMAN H. FLORES
## (AC 22269)

Lavery, C. J., and Flynn and Cretella, Js.

Submitted on briefs April 29—officially released May 28, 2002

Per Curiam. The judgment is affirmed.